FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 3 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02062-BNB

TAURIELLE THORNTON,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
LaVISTA WARDEN LARRY REID, and
LaVISTA MEDICAL DEPARTMENT,

    Defendants.

## ORDER OF DISMISSAL

On October 24, 2008, Magistrate Judge Boyd N. Boland entered an order granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee of $94.00 or to show cause why she has no assets and no means by which to pay the initial partial filing fee. Plaintiff was instructed that, in order to show cause why she cannot pay the $94.00 initial partial filing fee, she must submit a current **certified** copy of her inmate trust fund account statement. Plaintiff was warned that the Complaint would be dismissed without further notice if she failed either to pay the initial partial filing fee or to show cause as directed within thirty days.

On November 21, 2008, Plaintiff submitted to the Court a current copy of an account statement, apparently in an attempt to show cause why she is unable to pay the initial partial filing fee. However, the copy of the account statement that Plaintiff

submitted to the Court on November 21, 2008, is not certified. The November 21 account statement also does not show deposits and withdrawals in Plaintiff's resident checking account and is different from the statement that Plaintiff submitted to the Court on September 12, 2008, which shows deposits and withdrawals in her resident checking account. The November 21 account statement simply shows how much Plaintiff owes in rent and her rent payments. Therefore, the Court finds that Plaintiff has failed to show cause, as she was directed, why she is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause, as she was directed, why she has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 9 day of Dec., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02062-BNB

Taurielle Tawny Thornton
Prisoner No. 135215
2135 W. Chenango Ave.
Littleton, CO 80120

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/9/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk